**No. 10-185. Core Communications, Inc., Petitioner v. Federal Communications Commission, et al.**

**No. 10-189. Pennsylvania Public Utility Commission, Petitioner v. Federal Communications Commission, et al.**

562 U.S. 1044, 131 S. Ct. 597, 178 L. Ed. 2d 434, 2010 U.S. LEXIS 8885.

November 15, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same cases below, 389 U.S. App. D.C. 86, 592 F.3d 139.